UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS, | No. 2:19-cv-01650-TLN-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| C. KISHBAUGH, et al., | |
| Defendants. | |

Plaintiff Melvin Joseph Simmons ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 1, 2020, the Court denied Plaintiff's Application for leave to proceed *in forma pauperis* because Plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted Plaintiff fourteen days within which to pay the $400 filing fee for this action. (ECF No. 15.) Plaintiff was warned that failure to pay the filing fee within fourteen days would result in dismissal of this action. (*Id.*) Plaintiff has not paid the fee.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED.

IT IS SO ORDERED.

DATED: December 17, 2020

Troy L. Nunley
United States District Judge